UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

E-Z PACK MANUFACTURING, LLC,

    Plaintiff,

vs.                                       Case No. 8:10-cv-1870-T-27AEP

RDK TRUCK SALES & SERVICE, INC.
and ADAMO REALTY MANAGEMENT, LLC,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 33) submitted by the Magistrate Judge recommending that Plaintiff E-Z Pack Manufacturing, LLC's Motion to Dismiss the Amended Counterclaim and/or Motion for More Definite Statement (Dkt. 25) be granted in part and denied in part and that Plaintiff E-Z Pack Manufacturing, LLC's Motion to Sever (Dkt. 26) be denied. Neither party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

    1)     The Report and Recommendation (Dkt. 33) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

    2)     Plaintiff E-Z Pack Manufacturing, LLC's Motion to Dismiss the Amended Counterclaim (Dkt. 25) is **GRANTED** as to Count IV of the Amended Counterclaim and **DENIED** as to Counts I, II, III, V, and VI of the Amended Counterclaim. Count IV of the Amended

Counterclaim is **DISMISSED** without prejudice to the Defendants' ability to file an amended counterclaim within ten (10) days from the date of this Order.

3) Plaintiff E-Z Pack Manufacturing, LLC's Motion for More Definite Statement (Dkt. 25) is **DENIED**.

4) Plaintiff E-Z Pack Manufacturing, LLC's Motion to Sever (Dkt. 26) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida, on this 30th day of August, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of record